# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

**UNITED STATES OF AMERICA**                                            **PLAINTIFF**

**v.**                      **CASE NO. 4:11CR00197-01 BSM**

**MARQUIS ANTONIO STOKES**                                       **DEFENDANT**

## ORDER

Due to a conflict with the court's schedule, the jury trial in the above case currently scheduled to begin the week of October 28, 2013, is rescheduled for Tuesday, October 29, 2013 at 9:30 a.m. Counsel are to be present thirty minutes prior to trial. Jury instructions should be electronically submitted to the court by Monday, October 21, 2013, in WordPerfect format or Microsoft Word to bsmchambers@ared.uscourts.gov.

Counsel are directed to provide a witness and exhibit list (these should be separate lists) to the court by e-mail to the above address, no later than Friday, October 25, 2013.

IT IS SO ORDERED ths 26th day of August 2013.

                                                         _____
                                                         UNITED STATES DISTRICT JUDGE